```
                                              FILED
                                              January 25, 2012
         UNITED STATES DISTRICT COURT FOR THE
             EASTERN DISTRICT OF CALIFORNIA   CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                                  CALIFORNIA
                                                  DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )   Case No. 3:12-MJ-00004-CMK
           Plaintiff,          )
                               )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
WILLIAM ROBERT BARSANTI,       )
                               )
           Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>William Robert Barsanti</u>, Case No. <u>3:12-MJ-00004-CMK</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>100,000 (partially secured)</u>

        ✔    Unsecured Appearance Bond

        \_\_    Appearance Bond with 10% Deposit

        \_\_    Appearance Bond with Surety

        \_\_    Corporate Surety Bail Bond

    ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court. USM shall bring the defendant to the federal courthouse on the day following the signing of the release order and deliver him to Pretrial Services at 10:00 a.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 25, 2012</u> at <u>4:00</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge