```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
WILLIAM ROBERT BARSANTI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM ROBERT BARSANTI,<br><br>　　　　　　Defendant.<br>_____ | No. 2:12-CR-0045 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　March 20, 2012<br>Time:　9:15 a.m.<br>Judge:　Lawrence K. Karlton |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for March 20, 2012, may be continued to May 1, 2012, at 9:15 a.m.

　　　Defense counsel needs additional time to continue research and investigate legal and factual issues. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through May 1, 2012, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  March 16, 2012                /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for WILLIAM ROBERT BARSANTI


BENJAMIN B. WAGNER
United States Attorney

Dated:  March 16, 2012                /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney


**O R D E R**

The status conference is continued to May 1, 2012, at 9:15 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 1, 2012.

IT IS SO ORDERED.

Dated:  March 16, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Barsanti              2