DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                Plaintiff,         v. WILLIAM ROBERT BARSANTI,                Defendant. | No. 2:12-CR-0045 LKK  **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**  Date:  May 1, 2012 Time:  9:15 a.m. Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for May 1, 2012, may be continued to June 26, 2012, at 9:15 a.m.

Defense counsel needs additional time to continue to research and investigate legal and factual issues. Counsel is meeting with Mr. Barsanti in Humboldt County next week. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through June 26, 2012, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  April 25, 2012            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for WILLIAM ROBERT BARSANTI


BENJAMIN B. WAGNER
United States Attorney

Dated:  April 25, 2012            /s/ T. Zindel for D. McConkie
                                  DANIEL McCONKIE
                                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 26, 2012, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 26, 2012.

IT IS SO ORDERED.

Dated:  April 26, 2012
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Barsanti              2