```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    WILLIAM ROBERT BARSANTI
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-0045 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| WILLIAM ROBERT BARSANTI, | ) **AND EXCLUDING TIME** |
| Defendant. | ) Date: June 26, 2012 |
|  | ) Time: 9:15 a.m. |
| _____ | ) Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for June 26, 2012, may be continued to August 28, 2012, at 9:15 a.m.

   Defense counsel needs additional time to continue investigation, having met with Mr. Barsanti and his family in Humboldt County. To afford time for necessary investigation and review, the parties agree that time under the Speedy Trial Act should be excluded through August 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of

justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated:  June 22, 2012             /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for WILLIAM ROBERT BARSANTI


                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated:  June 22, 2012             /s/ T. Zindel for D. McConkie
                                         DANIEL McCONKIE
                                         Assistant U.S. Attorney


## O R D E R

The status conference is continued to August 28, 2012, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 28, 2012.

IT IS SO ORDERED.

Dated: June 22, 2012

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Barsanti          2