DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-0045 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| WILLIAM ROBERT BARSANTI, ) | |
| Defendant. ) | Date: August 28, 2012 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for August 28, 2012, may be continued to October 10, 2012, at 9:15 a.m.

   Defense counsel needs additional time to continue investigation, having met with Mr. Barsanti and his family in Humboldt County. To afford time for necessary investigation and review, the parties agree that time under the Speedy Trial Act should be excluded through October 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of

justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated: August 27, 2012        /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for WILLIAM ROBERT BARSANTI

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: August 27, 2012        /s/ T. Zindel for D. McConkie
                                  DANIEL McCONKIE
                                  Assistant U.S. Attorney

## O R D E R

The status conference is continued to October 10, 2012, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 10, 2012.

    IT IS SO ORDERED.

Dated: August 28, 2012        _/s/ Lawrence K. Karlton_
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT