DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>WILLIAM ROBERT BARSANTI,<br><br>          Defendant.<br>_____ | No. 2:12-CR-0045 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  October 10, 2012<br>Time:  9:15 a.m.<br>Judge: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for October 10, 2012, may be continued to November 6, 2012, at 9:15 a.m.

    Defense counsel needs additional time to continue investigation, having met with Mr. Barsanti and his family in Humboldt County. To afford time for necessary investigation and review, the parties agree that time under the Speedy Trial Act should be excluded through November 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of

justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 5, 2012                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for William Robert Barsanti


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  October 5, 2012                 /s/ T. Zindel for D. McConkie
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to November 6, 2012, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 6, 2012.

IT IS SO ORDERED.

Dated: October 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT