DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-0045 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| WILLIAM ROBERT BARSANTI, ) | |
| Defendant. ) | Date:  November 6, 2012 |
| ) | Time:  9:15 a.m. |
| _____ ) | Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for November 6, 2012, may be continued to January 23, 2013, at 9:15 a.m.

   Defense counsel needs additional time to continue investigation, having met with Mr. Barsanti and his family in Humboldt County. He will also be unavailable while on medical leave for a month beginning mid-November. To afford time for necessary investigation and review and to assure continuity of defense counsel, the parties agree that time under

1  the Speedy Trial Act should be excluded through January 23, 2013,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served
3  by taking such action outweigh the best interest of the public and the
4  defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   November 2, 2012          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for WILLIAM BARSANTI


BENJAMIN B. WAGNER
United States Attorney

Dated:   November 2, 2012          /s/ T. Zindel for D. McConkie
                                   DANIEL McCONKIE
                                   Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 23, 2013, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 23, 2013.

IT IS SO ORDERED.

Dated: November 5, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT