JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-0045 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| WILLIAM ROBERT BARSANTI, ) | |
| Defendant. ) | Date: February 20, 2013 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, William Robert Barsanti, through their respective attorneys that the status conference scheduled for February 20, 2013, may be continued to March 12, 2013, at 9:15 a.m.

   The parties have reached an agreement to resolve the charges against Mr. Barsanti but seek additional time to reduce their agreement to writing. Assigned defense counsel is unavailable for a change of plea until March 12 but the parties expect to proceed that morning with a change of plea. To afford time for preparation and to assure continuity

of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded through March 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

```
                                    Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

Dated:   February 14, 2013          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for WILLIAM BARSANTI


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:   February 14, 2013          /s/ T. Zindel for D. McConkie
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to March 12, 2013, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 12, 2013.

IT IS SO ORDERED.

Dated: February 20, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT