BENJAMIN B. WAGNER
United States Attorney
DANIEL S. MCCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00045-LKK |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| WILLIAM ROBERT BARSANTI, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant William Robert Barsanti, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant William Robert Barsanti's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Real Property located at 360 North Oak Avenue, Hayfork, Trinity County, California, APN: 014-430-58.

2. The above-listed properties constitute properties used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and

1 | 841(a)(1).
2 |     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3 | designee) shall be authorized to seize the above-listed
4 | properties.  The aforementioned properties shall be seized and
5 | held by the U.S. Marshals Service in their secure custody and
6 | control.
7 |     4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
8 | the United States shall publish notice of the order of
9 | forfeiture.  Notice of this Order and notice of the Attorney
10 | General's (or a designee's) intent to dispose of the properties
11 | in such manner as the Attorney General may direct shall be posted
12 | for at least 30 consecutive days on the official internet
13 | government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
14 | may also, to the extent practicable, provide direct written
15 | notice to any person known to have alleged an interest in the
16 | properties that are the subject of the order of forfeiture as a
17 | substitute for published notice as to those persons so notified.
18 |         b.  This notice shall state that any person, other than
19 | the defendant, asserting a legal interest in the above-listed
20 | properties, must file a petition with the Court within sixty (60)
21 | days from the first day of publication of the Notice of
22 | Forfeiture posted on the official government forfeiture site, or
23 | within thirty (30) days from receipt of direct written notice,
24 | whichever is earlier.
25 | ///
26 | ///
27 | ///
28 | ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 25th day of March, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT