HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ROBERT BARSANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-0045 LKK |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | **EXONERATING BOND** |
| ) | |
| WILLIAM ROBERT BARSANTI, ) | |
| Defendant. ) | |
| ) | Judge: Lawrence K. Karlton |
| _____ ) | |

On January 25, 2012, Mr. Barsanti was ordered released pending trial on a $100,000 bond secured by real property.  The bond was posted on February 17, 2012 (docket item 17).  On February 7, 2013, the magistrate judge revoked the order of pretrial release and remanded Mr. Barsanti to custody, where he remains pending execution of sentence by the U.S. Marshal.

/////

/////

/////

1    At sentencing on May 14, 2013, Mr. Barsanti moved to exonerate the
2 bond and to reconvey the posted property.  The Court hereby grants his
3 motion:  (1) the bond is exonerated; (2) the Clerk of the Court shall
4 reconvey the real property securing the bond.
5    IT IS SO ORDERED.

7 Dated:  May 14, 2013
8                                    _____
                                     LAWRENCE K. KARLTON
9                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT