BENJAMIN B. WAGNER
United States Attorney
DANIEL S. MCCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WILLIAM ROBERT BARSANTI,<br><br>            Defendant. | 2:12-CR-00045-LKK<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on March 26, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant William Robert Barsanti forfeiting to the United States the following property:

    a.    Real Property located at 360 North Oak Avenue, Hayfork, Trinity County, California, APN: 014-430-58.

AND WHEREAS, beginning on March 28, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

Final Order of Forfeiture

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of William Robert Barsanti.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 7th day of June, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT